AO 91 (Rev. 11/11). Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR - 8 2019

David J. Bradley, Clerk

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Joshua Lee Deleon<br>YOB: 1989 (USA) | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Case No. M-19-0569-M

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____9/15/18 - 9/17/18_____ in the county of _____Hidalgo_____ in the

_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Possess with the Intent to Distribute approximately 462 grams of methamphetamine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I)

☐ Continued on the attached sheet.

_____
Complainant's signature

Danielle Martin, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____03/08/2019_____ 1:35 pm

_____
Judge's signature

City and state: _____McAllen, TX_____

Peter E. Ormsby, US Magistrate Judge
*Printed name and title*

**ATTACHMENT I**

1. On September 19, 2018, U.S. Postal Inspection Service (USPIS) intercepted one (1) parcel mailed at the U.S. post office in McAllen, Texas on September 17, 2018. On September 27, 2018, USPIS executed a Federal search warrant on the parcel, which had a recipient address of 511 W Fulton St, Mathis, TX 78369-2233. Surveillance footage revealed that the package was mailed by Linda MORENO, which contained approximately 462 grams of suspected methamphetamine and field tested positive for characteristics of methamphetamine.

2. Following the arrest of MORENO on October 25, 2018, MORENO provided agents consent to search her cellphones. A search of the cellphones revealed a text message conversation between MORENO and a person utilizing telephone number (970) 376-9769. The user of (970) 376-9769 has been previously identified by several cooperating defendants (CDs) as Joshua DELEON. Text messages revealed that on September 15, 2018, DELEON stated to MORENO that he was going to need "half" by Monday. On the same date, MORENO instructed DELEON to send her the address.

3. A review of MORENO's Snapchat account revealed a conversation between her and username "bossmontana321." The Snapchat username has been previously identified by CDs as the account used by DELEON. On September 15, 2018, DELEON sent MORENO a Snapchat message that read, "511 w.fulton Mathis tx 78368."

4. On September 16, 2018, DELEON sent MORENO a text message asking if she received the address. On the same date, MORENO confirmed she received the address and stated she would take the "half" to the "PO" the following day. Texts messages further revealed that MORENO was going to be paid $3,500.00 U.S. currency in exchange for the "half." Agents believe that "half" is coded language for half of a kilogram of methamphetamine. Agents also believe that "PO" is coded language for the U.S. Post Office.

5. In a debriefing with a CD on February 22, 2019 the CD stated that DELEON was the intended recipient of the approximately half kilogram of suspected methamphetamine that was mailed on September 17, 2018 to 511 W Fulton St, Mathis, TX 78369-223. Furthermore, the CD positively identified a photograph of DELEON as the intended recipient of the methamphetamine.